STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

09-1538 consolidated with 09-1537 and 09-1539

ANTONIO GARCIA

VERSUS

STATE OF LOUISIANA

**********

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 4
PARISH OF LAFAYETTE, NO. 04-04993
SHARON MORROW, WORKERS' COMPENSATION JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of Jimmie C. Peters, Marc T. Amy, and J. David Painter, Judges.

AFFIRMED.  ADDITIONAL ATTORNEY FEES AWARDED FOR WORK
PERFORMED ON APPEAL.

Gregory E. Bodin
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
450 Laurel Street, 20th Floor
Baton Rouge, LA   70801
(225) 381-7000
COUNSEL FOR DEFENDANT/APPELLANT:
        Louisiana Workers' Compensation Corporation

Kirk L. Landry
Keogh, Cox & Wilson, Ltd.
Post Office Box 1151
Baton Rouge, LA   70821
(225) 383-3796
COUNSEL FOR DEFENDANT/APPELLANT:
        Vaughan Roofing & Sheet Metal, Inc.

Robert M. Martina
Galloway & Jeffcoat, LLP
Post Office Box 61550
Lafayette, LA   70596
(337) 984-8020
COUNSEL FOR DEFENDANT/APPELLEE:
        Integrity Contracting

**Janice H. Barber**
**Post Office Drawer 1909**
**Sulphur, LA   70664-1909**
**(337) 625-4443**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **Antonio G. Rodriguez**

AMY, Judge.

For discussion of this matter, see the opinion of the companion case at *Antonio G. Rodriguez v. Integrity Contracting, et al.*, 09-1537 (La.App. 3 Cir. __/__/10), __ So.3d __.

**AFFIRMED.  ADDITIONAL ATTORNEY FEES AWARDED FOR WORK PERFORMED ON APPEAL.**